# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **RAYNA C. EYSTER,** <br><br> Defendant. | **VIOLATION:** <br> **7353891** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the United States' motion to accept the defendant's payment of an $70 fine for violation 7353891, and for good cause shown,

IT IS ORDERED that the $70 fine ($40 fine, $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353891.

IT IS FURTHER ORDERED that the initial appearance scheduled for February 7, 2019, is VACATED.

DATED this 22nd day of January 2019.

_____
John Johnston
United States Magistrate Judge